| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JENNIFER SIMS, | Case No. 1:19-cv-01460-LJO-BAM |
| Plaintiff, | **ORDER APPROVING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | (Doc. No. 11) |
| Defendant. | |

Currently before the Court is the parties' stipulation to extend time for Defendant Life Insurance Company of North America ("Defendant") to respond to the complaint. (Doc. No. 11.) According to the parties' stipulation, a responsive pleading was originally due to be filed and served by November 8, 2019, and the parties previously stipulated to an extension of twenty-eight (28) days to December 6, 2019. (*Id.*) On December 6, 2019, the parties filed their stipulation seeking to extend the deadline for Defendant's responsive pleading to December 10, 2019, because Defendant "requires additional time to finalize and file its responsive pleading[.]" (*Id.*)

Local Rule 144 requires that stipulations extending time to respond to a complaint or counterclaim for more than twenty-eight (28) days must be approved by the Court. L.R. 144(a). Counsel is required to seek to obtain a necessary extension from the Court as soon as the need for

1

an extension becomes apparent. *Id.* at 144(d). "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.*

Here, the parties filed their stipulation for an extension of time on the required filing date for Defendant's responsive pleading. (Doc. No. 11.) Moreover, the stipulation does not explain why Defendant requires additional time to finalize and file a responsive pleading and was unable to do so within the applicable deadline. Nonetheless, based upon the parties' consent to extension, and in the interest of justice, the Court finds that a limited continuance as requested is warranted and no prejudice will result.

Accordingly, IT IS HEREBY ORDERED that Defendants' response to the complaint shall be filed and served on or before December 10, 2019.

IT IS SO ORDERED.

Dated: **December 9, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE